1024

No. 5612.—United Porto Rican Sugar Co., aplda., *v.* Riefkohl et al., apltes.—C. D. Humacao. Consignación de dinero. Febrero 21, 1931.

No. 5629.—Fernández, et al., apltes., *v.* Portela, Siragusá & Co., y Alicea, apldos.—C. D. Arecibo. Marzo 4, 1931.

No. 4248.—Pueblo, apldo., *v.* Colón, aplte.—C. D. Arecibo. Noviembre 18, 1930.

Oídas las partes, se anuló la resolución desestimatoria y se dejó reinstalado el recurso.

No. 4201.—Pueblo, apldo., *v.* Benítez, aplte.—C. D. Humacao. Noviembre 26, 1930.

Oídas las partes y visto el allanamiento del fiscal, se revoca, por error en la apreciación de la prueba, la sentencia que dictó en este caso la Corte de Distrito de Humacao, en 3 de abril de 1930, y se absuelve al acusado.

No. 4157.—Pueblo, apldo., *v.* Gutiérrez, aplte.—C. D. Guayama. Noviembre 28, 1930.

Oídas las partes, y visto el allanamiento del fiscal, se revoca por falta de corroboración de la declaración de la perjudicada en cuanto a la realización del acto carnal, la sentencia que dictó en este caso la Corte de Distrito de Guayama en 15 de marzo de 1930, y se absuelve al acusado.

No. 4224.—Pueblo, apldo., *v.* Nieves y Hernández, apltes. —C. D. Aguadilla. Diciembre 3, 1930.

Apareciendo de la moción y certificación acompañada por el fiscal que el coacusado Emilio Nieves Córdova ha fallecido, se sobresee el procedimiento contra dicho coacusado, y continúe contra el coacusado Jesús Hernández Nieves.

No. 4344.—Pueblo, apldo., v. Andrades, aplte.—C. D. San Juan. Diciembre 4, 1930.

Vista la anterior moción del fiscal, se le tiene por desistido de su moción para desestimar radicada el' día 18 de noviembre, 1930, y apareciendo de la moción del fiscal que el presente recurso es una repetición del No. 4269, se ordena el archivo del presente caso.

No. 4346.—PUEBLO, apldo., *v.* ANDRADES, aplte.—C. D. San Juan. Diciembre 4, 1930.

Vista la anterior moción ·del fiscal, se le tiene por desistido de su moción para desestimar radicada el día 18 de noviembre, 1930, y apareciendo de la moción del fiscal que el presente recurso es una repetición del No. 4269, se ordena el archivo del presente caso.

No. 4190.—PUEBLO, apldo., *v.* FLORES, aplte.—C. D. Mayagüez. Diciembre 11, 1930.

No encontrándose error manifiesto en la apreciación de la prueba y vistos los casos de *El Pueblo de Puerto Rico* v. *Luis R. Rodríguez,* ante, p. 600, y *El Pueblo de Puerto Rico* v. *Casanovas,* 38 D.P.R. 219, se confirma la sentencia apelada que dictó la Corte de Distrito de Mayagüez con fecha 24 de marzo del corriente año, en el caso arriba titulado.

No. 4223.—PUEBLO, apldo., *v.* HERNÁNDEZ, aplte.—C. D. Aguadilla. Diciembre 12, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

POR CUANTO, en esta apelación de Jesús Hernández Nieves se alega para que revoquemos la sentencia condenatoria dictada contra él que la acusación no le imputa el delito de falsa representación e impostura por el que ha sido condenado. y que la sentencia es contraria a la prueba;

POR CUANTO, no existe el primero de dichos errores porque en la acusación se alega que el perjudicado entregó a Emilio Nieves quince rollos de tabaco hilado valorados en $240 debido a las falsas representaciones que le hizo Hernández de ser Nieves persona de gran posición económica, de ser